UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAW ENFORCEMENT HEALTH BENEFITS, INC., *on behalf of itself and all others similarly situated*, Plaintiff, v. MARK TRUDEAU, et. al. Defendants. | Civil Action No.: 3:21-cv-50215 |

**PLAINTIFF LAW ENFORCEMENT HEALTH BENEFITS'
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Law Enforcement Health Benefits hereby voluntarily dismisses its claims in this action without prejudice.

Dated: June 1, 2022

*/s/ Donald E. Haviland, Jr.*
Donald E. Haviland, Jr., Esq.
(*Pro hac vice*)
William H. Platt II, Esq.
(*Pro hac vice*)
**HAVILAND HUGHES**
201 S. Maple Ave., Suite 110
Ambler, PA 19002
Telephone: (215) 609-4661
Facsimile: (215) 392-4400
haviland@havilandhughes.com
platt@havilandhughes.com

*Attorneys for Plaintiff*