# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Western Division

Law Enforcement Health Benefits Inc.

                           Plaintiff,

v.                                      Case No.: 3:21–cv–50215

                                      Honorable Iain D. Johnston

Stephen Welch, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 1, 2022:

      MINUTE entry before the Honorable Iain D. Johnston: The plaintiff has filed a notice of voluntary dismissal without prejudice. Dkt. 77. Because no defendant has answered or moved for summary judgment, the Court construes the notice as being one under Fed. R. Civ. P. 41(a)(1)(A)(i) and dismisses the case without prejudice. All pending motions are deadlines are stricken. Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.